DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**Charles Edward Moore,**

        **Plaintiff,**

   v.

                      **Civil No. 06-cv-01217-HA**

**COMMISSIONER, Social Security**
**Administration,**

     **Defendant.**       /   **ORDER**

    After considering the Plaintiff's Motion to Dismiss, and noting that Defendant's counsel

has been contacted and has no objection to this dismissal, it is hereby

    ORDERED that the motion to dismiss, is granted.

Page - 1 - **ORDER**

IT IS SO ORDERED this _22_ day of _____Jan_____, 2007.


UNITED STATES DISTRICT COURT JUDGE



Presented by:


s/ DAVID B. LOWRY
David B. Lowry, OSB No. 73372
Attorney for Plaintiff
9900 SW Greenburg Rd., Suite 235
Portland, OR  97223




Page - 2 - **ORDER**

DAVID B. LOWRY
Attorney at Law • OSB No. 73372
9900 SW Greenburg Road
Columbia Business Center Suite 235
Portland, Oregon 97223
(503) 245-6309